

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BARRY WATRET, | § | No. 08-20-00124-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| TERESITA WATRET, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2012DCM04038) |
| | § | |

**O R D E R**

On our own motion, and pursuant to Tex.R.App.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause. Accordingly, the Court vacates the oral argument setting of April 22, 2021, at 1:00 p.m., and this cause will be submitted **without** oral argument on that same date.

IT IS SO ORDERED this 15th day of April, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.